

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> JOSE DAVILA, <br> Defendant. | Case No.  CR16-2131M <br><br> ORDER OF DETENTION |

I.

Defendant was arrested in this district pursuant to a warrant issued by the United States District Court for the Northern District of Illinois, based on an indictment issued in case No. 15CR447 charging Defendant with conspiracy to possess with intent to distribute cocaine and heroin in violation of 21 U.S.C. §§ 841(a)(1) and 846 and conspiracy to conduct financial transactions with the proceeds of specified unlawful activity in violation of 18 U.S.C. § 1956(a)(1)(B)(i). Defendant made his initial appearance on October 26, 2016 and requested a continuance of the detention hearing.

The Court conducted a detention hearing on November 1, 2016:

☒ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive,

or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered the report and recommendation of the U.S. Pretrial Services Agency.

## IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

- ☒ Unrebutted presumption [18 U.S.C. § 3142(e)(2)]
- ☒ Unverified background information
- ☒ No viable bail resources
- ☒ Driver's license is suspended due to a failure to appear and outstanding warrant dated 2005

As to danger to the community:

- ☒ Allegations in present charging document
- ☒ Unrebutted presumption [18 U.S.C. § 3142(e)(2)]
- ☒ Illegal drug use

2

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: November 1, 2016       /s/
                         ALKA SAGAR
                         UNITED STATES MAGISTRATE JUDGE